NO. 07-07-0254-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 11, 2008

______________________________

MARSHALL MCGALLIARD, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 39
TH
 DISTRICT COURT OF KENT COUNTY;

NO. 806; HONORABLE SHANE HADAWAY, JUDGE

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

ON MOTION TO DISMISS

Pending before the Court is appellant’s motion to dismiss his appeal.  Appellant and his attorney both have signed the motion.  Tex. R. App. P. 42.2(a).  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell

          Justice

Do not publish.